## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CIECH, S.A.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 12-6953 |

## ENTRY OF APPEARANCE

　　PLEASE TAKE NOTICE that Wilson M. Brown hereby appears as counsel for plaintiff Air Products LLC in the above-captioned action.

Dated:  January 23, 2013　　　　　　　/s/ Wilson M. Brown

　　　　　　　　　　　　　　　　　　　Wilson M. Brown (PA 25846)
　　　　　　　　　　　　　　　　　　　Drinker Biddle & Reath LLP
　　　　　　　　　　　　　　　　　　　One Logan Square, Suite 2000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-6996
　　　　　　　　　　　　　　　　　　　Phone:  (215) 988-2700
　　　　　　　　　　　　　　　　　　　Facsimile:  (215) 988-2757
　　　　　　　　　　　　　　　　　　　E-mail:  wilson.brown@dbr.com

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Air Products LLC

## **CERTIFICATE OF SERVICE**

I, Jennifer E. Burke, hereby certify that on this 23rd day of January 2013, a true and correct copy of the foregoing Entry of Appearance has been filed electronically using the Court's Electronic Case Filing ("ECF") System.  The document is available for viewing and downloading from the Court's ECF System.

Dated:  January 23, 2013                             /s/ Jennifer E. Burke