IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CIECH, S.A.,<br><br>      Defendant. | Civil Action No. 12-6953 |

**ENTRY OF APPEARANCE**

 PLEASE TAKE NOTICE that Jennifer E. Burke hereby appears as counsel for plaintiff Air Products LLC in the above-captioned action.

Dated:  January 23, 2013      /s/ Jennifer E. Burke

                 Jennifer E. Burke (PA 309164)
                 Drinker Biddle & Reath LLP
                 One Logan Square, Suite 2000
                 Philadelphia, PA 19103-6996
                 Phone:  (215) 988-2700
                 Facsimile:  (215) 988-2757
                 E-mail:  jennifer.burke@dbr.com

                 Attorney for Plaintiff Air Products LLC

**CERTIFICATE OF SERVICE**

      I, Jennifer E. Burke, hereby certify that on this 23rd day of January 2013, a true and correct copy of the foregoing Entry of Appearance has been filed electronically using the Court's Electronic Case Filing ("ECF") System.  The document is available for viewing and downloading from the Court's ECF System.

Dated:  January 23, 2013　　　　　　　　　　　　/s/ Jennifer E. Burke