APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Air Products LLC, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Ciech SA. | : | |
| | : | NO.   12-6953 |

ORDER

AND NOW, this _____ Day of _____, 2013, it is hereby

ORDERED that the application of _Michael Lacovara_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 12-6953

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Michael Lacovara__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __12699__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| California | 12/04/2000 | 209279 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 08/27/1990 | 2363448 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC SDNY | 12/06/2000 | ML9820 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC EDNY | 06/20/1991 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USCA, 9th Cir | 12/22/2000 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for        Air Products LLC

_(signature)_
(Applicant's Signature)

1/29/13
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Freshfields Bruckhaus Deringer US LLP

601 Lexington Ave, 31st Floor, New York, New York 10022

212-277-4000

Sworn and subscribed before me this

29th Day of January, 2013

_Suzanne Chalpin Alenick_
Notary Public

SUZANNE CHALPIN ALENICK
Notary Public, State of New York
No. 31-4920942
Qualified in New York County
Commission Expires 1/25/2014

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Michael Lacovara___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jennifer E. Burke | *Jennifer E. Burke* | 3/19/12 | 309164 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Drinker Biddle & Reath LLP

One Logan Square, Suite 2000

Philadelphia, PA   19103-6996          215-988-2700

Sworn and subscribed before me this

6th Day of February, 2013

*Melissa D. Bronzini*
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
MELISSA D. BRONZINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 6, 2016