APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Air Products LLC, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Ciech SA. | : | |
| | : | NO. 12-6953 |

## ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of <u>Jonathan Ware</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 12-6953

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _Jonathan Ware_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _12699_, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 08/10/2009 | 989414 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Virginia | 10/27/2008 | 77443 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC DC | 05/07/2012 | 989414 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Air Products LLC

(Applicant's Signature)

1/25/2013
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Freshfields Bruckhaus Deringer US LLC

701 Pennsylvania Avenue NW, Suite 600, Washington DC, 20004-2592

202-777-4500

Sworn and subscribed before me this

25th Day of January, 2013

Angela M Conyers
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jonathan Ware____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jennifer E. Burke | *Jennifer E. Burke* (signature) | 3/19/12 | 309164 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Drinker Biddle & Reath LLP

One Logan Square, Suite 2000

Philadelphia, PA   19103-6996          215-988-2700

Sworn and subscribed before me this

6th Day of February, 2013

*Melissa D. Bronzini* (signature)
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA D. BRONZINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 6, 2016