IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC,<br><br>          Plaintiff,<br><br>   vs.<br><br>CIECH, S.A.,<br><br>          Defendant. | Case No. 5:12-cv-6953-JKG |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of defendant Ciech, S.A., in the above-referenced matter.

February 13, 2013

          Respectfully submitted,

          WILMER CUTLER PICKERING
           HALE and DORR LLP

          _/s/ Eric Mahr_____
          Eric Mahr (PA Bar No. 59083)
          1875 Pennsylvania Ave., N.W.
          Washington, D.C. 20006
          (202) 663-6446 (TEL)
          (202) 663-6363 (FAX)
          eric.mahr@wilmerhale.com
          Counsel for Ciech, S.A.

**CERTIFICATE OF SERVICE**

    I certify that on the date set forth below the foregoing Notice of Appearance was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.  Notice of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.


February 13, 2013                                    _/s/ Eric Mahr_____
                                                                              Eric Mahr