**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| AIR PRODUCTS LLC,<br><br>                                Plaintiff,<br><br>            vs.<br><br>CIECH, S.A.,<br><br>                                Defendant. | Case No. 5:12-cv-6953-JKG |

## DISCLOSURE STATEMENT

The nongovernmental corporate party, Ciech, S.A., in the above listed civil action

does not have any parent corporation or any publicly held corporation that owns 10% or

more of its stock.

February 13, 2013

                                        Respectfully submitted,

                                        WILMER CUTLER PICKERING
                                          HALE and DORR LLP


                                         /s/ Eric Mahr_____
                                        Eric Mahr (PA Bar No. 59083)
                                        David W. Ogden (*pro hac vice* application pending)
                                        Jonathan E. Paikin (*pro hac vice* application pending)
                                        1875 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20006
                                        (202) 663-6703 (TEL)
                                        (202) 663-6363 (FAX)
                                        jonathan.paikin@wilmerhale.com
                                        Attorneys for Ciech, S.A.

## **CERTIFICATE OF SERVICE**

I certify that on the date set forth below the foregoing Disclosure Statement was

electronically filed pursuant to the Court's CM/ECF system, and that the document is

available for downloading and viewing from the CM/ECF system.  Notice of this filing

will be sent to all registered counsel of record by operation of the CM/ECF system.


February 13, 2013                                    /s/ Eric Mahr
                                                            Eric Mahr