IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIR PRODUCTS LLC,                       )
                                        )  Civil Action
              Plaintiff                 )  No. 12-cv-06953
                                        )
         vs.                            )
                                        )
CIECH, S.A.,                            )
                                        )
              Defendant                 )

O R D E R

NOW, this 15th day of February, 2013, upon consideration of the Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rules for Civil Procedure 83.5.2(b), which application was filed February 7, 2013 seeking pro hac vice admission of Michael Lacovara, Esquire as counsel for plaintiff,

IT IS ORDERED that the application is granted.

IT IS FURTHER ORDERED that Michael Lacovara, Esquire, is admitted to the bar of this court on behalf of plaintiff for the purpose of the within matter only.

IT IS FURTHER ORDERED that Jennifer E. Burke, Esquire shall act as associate counsel of record for Attorney Lacovara, pursuant to the provisions of Rule 83.5.2 of the Rules of Civil

Procedure for the United States District Court for the Eastern
District of Pennsylvania.

                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER
                              James Knoll Gardner
                              United States District Judge