```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIR PRODUCTS LLC,              )
                               )  Civil Action
          Plaintiff            )  No. 12-cv-06953
                               )
     vs.                       )
                               )
CIECH, S.A.,                   )
                               )
          Defendant            )
```

O R D E R

NOW, this 15th day of February, 2013, upon consideration of the Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rules for Civil Procedure 83.5.2(b), which application was filed February 7, 2013 seeking pro hac vice admission of Pamila Gudkov, Esquire as counsel for plaintiff,

IT IS ORDERED that the application is granted.

IT IS FURTHER ORDERED that Pamila Gudkov, Esquire, is admitted to the bar of this court on behalf of plaintiff for the purpose of the within matter only.

IT IS FURTHER ORDERED that Jennifer E. Burke, Esquire shall act as associate counsel of record for Attorney Gudkov, pursuant to the provisions of Rule 83.5.2 of the Rules of Civil

Procedure for the United States District Court for the Eastern District of Pennsylvania.

                                BY THE COURT:


                                /s/ JAMES KNOLL GARDNER
                                James Knoll Gardner
                                United States District Judge