<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
AIR PRODUCTS LLC,            )
                             ) Civil Action
          Plaintiff          ) No. 12-cv-06953
                             )
     vs.                     )
                             )
CIECH, S.A.,                 )
                             )
          Defendant          )
```

O R D E R

NOW, this 20th day of February, 2013, upon consideration of the Unopposed Motion for Extension of Time to File Responsive Pleading, which motion was filed by defendant Ciech, S.A. on February 13, 2013,

<u>IT IS ORDERED</u> that defendant's motion is granted as unopposed.

<u>IT IS FURTHER ORDERED</u> that defendant shall have until April 1, 2013 to respond to plaintiff's Complaint filed December 12, 2012.

                                            BY THE COURT:


                                            <u>/s/ JAMES KNOLL GARDNER</u>
                                            James Knoll Gardner
                                            United States District Judge