```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

AIR PRODUCTS LLC,               )
                                )   Civil Action
          Plaintiff             )   No. 12-cv-06953
                                )
     vs.                        )
                                )
CIECH, S.A.,                    )
                                )
          Defendant             )

AMENDED ORDER[1]

NOW, this 20th day of February, 2013, upon consideration of the Application Form for Those Attorneys Seeking to Practice in This Court Pursuant to Local Rules for Civil Procedure 83.5.2(b), which application was filed February 13, 2013 seeking pro hac vice admission of David W. Ogden, Esquire as counsel for defendant,

IT IS ORDERED that the application is granted.

IT IS FURTHER ORDERED that David W. Ogden, Esquire, is admitted to the bar of this court on behalf of defendant for the purpose of the within matter only.

IT IS FURTHER ORDERED that Eric Mahr, Esquire shall act as associate counsel of record for Attorney Ogden, pursuant to the provisions of Rule 83.5.2 of the Rules of Civil

---

[1] The amendment of my February 15, 2013 Order granting pro hac vice admission to David W. Ogden, Esquire is limited to admitting Attorney Ogden on behalf of defendant rather than plaintiff as incorrectly provided for in the February 15, 2013 Order.

Procedure for the United States District Court for the Eastern District of Pennsylvania.

                                    BY THE COURT:


                                    /s/ JAMES KNOLL GARDNER
                                    James Knoll Gardner
                                    United States District Judge