IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>CIECH, S.A.,<br><br>          Defendant. | Case No. 5:12-cv-6953-JKG |

## CERTIFICATE OF SERVICE

I certify that on the date set forth below, Defendant Ciech, S.A.'s Motion to Dismiss the Second Amended Complaint (with proposed order), Defendant's Unopposed Motion to File Documents Under Seal (with proposed order), and the Declaration of Artur Osuchowski in Support of Motion to Dismiss on the Basis of Forum Non Conveniens were electronically filed through the Court's CM/ECF system, and that these documents are available for downloading and viewing from the CM/ECF system. Notice of these filings will be sent to all registered counsel of record by operation of the CM/ECF system.

April 22, 2013                              Respectfully submitted,

                                            WILMER, CUTLER, PICKERING,
                                              HALE and DORR LLP

                                             /s/ David Ogden
                                            David W. Ogden (admitted *pro hac vice*)

                                            Attorney for Ciech, S.A.