## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CIECH, S.A.,<br><br>       Defendant. | Civil Action No. 12-6953 |

## CERTIFICATE OF SERVICE

I, Jennifer E. Burke, hereby certify that on this 24th day of May, 2013, true and correct copies of Plaintiff Air Products LLC's Unopposed Motion to File Documents Under Seal, Declaration of Stephen S. Ferrara in Support of Air Products LLC's Opposition to Ciech S.A.'s Motion to Dismiss the Second Amended Complaint Based on *Forum Non Conveniens*, and Declaration of Thomas Pillitteri in Support of Air Products LLC's Opposition to Ciech S.A.'s Motion to Dismiss the Second Amended Complaint Based on Forum *Non Conveniens* have been filed electronically using the Court's Electronic Case Filing ("ECF") System. The documents are available for viewing and downloading from the Court's ECF System.

Dated: May 24, 2013                     /s/ Jennifer E. Burke