IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC, | |
| Plaintiff, | Case No. 5:12-cv-6953-JKG |
| vs. | |
| CIECH, S.A., | |
| Defendant. | |

## ORDER

NOW, this 29th day of May, 2013, upon consideration of the parties' Joint Stipulation on Sealing of Documents, filed May 20, 2013,

**IT IS ORDERED** that the stipulation is approved.

**IT IS FURTHER ORDERED** that the unredacted versions of the Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Jonathan E. Paikin in Support of Defendant's Motion to Dismiss, and the exhibits thereto (Doc. No. 37) shall be maintained under seal.

Defendant has filed a redacted version of the Memorandum of Law in Support of Defendant's Motion to Dismiss (Doc. No. 42) and a version of the Declaration of Jonathan E. Paikin with exhibits 1-4, 6-8, 10, 13 and 14 redacted (Doc. No. 41), and these documents shall be available on the Court's public docket.

James Knoll Gardner
United States District Judge