IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIR PRODUCTS LLC,<br><br>              Plaintiff,<br><br>        vs.<br><br>CIECH, S.A.,<br><br>              Defendant. | Case No. 5:12-cv-6953-JKG |

**CERTIFICATE OF SERVICE**

      I certify that on the date set forth below, Defendant's Motion for Leave to File Sealed Reply Memorandum (with proposed order) and the Declaration of Dr. Hab. Andrzej Kubas in Support of Motion to Dismiss on the Basis of *Forum Non Conveniens* were electronically filed through the Court's CM/ECF system, and that these documents are available for downloading and viewing from the CM/ECF system. Notice of these filings will be sent to all registered counsel of record by operation of the CM/ECF system.

June 7, 2013

                                                    Respectfully submitted,

                                                    WILMER, CUTLER, PICKERING,
                                                      HALE and DORR LLP

                                                   /s/ David Ogden
                                                 David W. Ogden (admitted *pro hac vice*)

                                                 Attorney for Ciech, S.A.