IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIR PRODUCTS LLC,

          Plaintiff,

vs.

CIECH, S.A.,

          Defendant.

Case No. 5:12-cv-6953-JKG

## NOTICE OF WITHDRAWAL

Please withdraw my appearance as counsel for Defendant Ciech, S.A. in this matter. My employment with Wilmer Cutler Pickering Hale and Dorr LLP will end on June 14, 2013. Defendant Ciech, S.A. will continue to be represented by four attorneys who have entered appearances in this matter: David W. Ogden, Jonathan E. Paikin, Eric Mahr, and Charles Beene, all of Wilmer Cutler Pickering Hale and Dorr LLP.

June 10, 2013

Respectfully submitted,

WILMER, CUTLER, PICKERING,
  HALE and DORR LLP

 /s/ Daniel Winik
Daniel Winik (admitted *pro hac vice*)
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(202) 663-6005 (TEL)
(202) 663-6363 (FAX)
daniel.winik@wilmerhale.com

Attorney for Ciech, S.A.