IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR PRODUCTS LLC | : | CIVIL ACTION |
| v. | : | |
| CIECH, S.A. | : | NO.:  12-cv-6953 |

FILED
AUG - 7 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 5th day of AUGUST, 2013, it is hereby

ORDERED that the order dated January 17, 2013, referring the above-captioned case to the Honorable Henry S. Perkin, United States Magistrate Judge, to conduct a settlement conference at the appropriate time, is hereby VACATED.

IT IS FURTHER ORDERED, that the above-captioned case is referred to the Honorable Thomas J. Rueter, United States Magistrate Judge, to conduct a settlement conference at the appropriate time.

FOR THE COURT:

JAMES KNOLL GARDNER, J.