```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIR PRODUCTS LLC,              )
                               )  Civil Action
            Plaintiff          )  No. 12-cv-06953
                               )
      vs.                      )
                               )
CIECH, S.A.,                   )
                               )
            Defendant          )
```

ARGUMENT SCHEDULING ORDER

NOW, this 4th day of October, 2013,

IT IS ORDERED that oral argument is scheduled before Judge James Knoll Gardner on Wednesday, December 4, 2013, at 10:00 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Defendant Ciech, S.A.'s Motion to Dismiss the Second Amended Complaint (Document 33).

IT IS FURTHER ORDERED that not later than seven days before the argument date each party shall submit to Judge Gardner[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.[2]

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each

---

[1]   The memoranda may be forwarded to Judge Gardner by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; or by fax at (610) 434-3459.

[2]   Ordinarily each party shall have 20 minutes to present oral argument unless more time is allotted, or less time is directed, by Judge Gardner. There will be no rebuttal argument unless Judge Gardner requests it.

represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the argument on a form approved by Judge Gardner.

BY THE COURT:

_/s/ Cheryl E. Sinclair_
Cheryl E. Sinclair
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457