IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIR PRODUCTS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CIECH, S.A. | : | NO. 12-6953 |

## NOTICE

**November 7, 2013**

**Before: THOMAS J. RUETER, U.S. MAGISTRATE JUDGE**

    Due to a conflict on the court's calendar, the second settlement conference in the above matter is RESCHEDULED to 10:00 a.m. on November 12, 2013. The conference will take place in Courtroom 3-C, Third Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

                                         By:

                                         /s/ Lisa Tipping
                                         Lisa Tipping
                                         Deputy Clerk
                                         Telephone: 215-597-0048
                                         *Fax: 215-580-2392*

---

[1] Previously scheduled for 2:00 p.m.