IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AIR PRODUCTS, LLC | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CIECH, S.A. | : | NO. 12-6953 |

## AMENDED NOTICE

<u>November 7, 2013</u>

Before: THOMAS J. RUETER, U.S. MAGISTRATE JUDGE

 At the request of counsel, the second settlement conference scheduled for November 12, 2013 is cancelled. A status conference call is scheduled for November 18, 2013 at 2:00 p.m.

        By:

        <u>/s/ Lisa Tipping</u>
        Lisa Tipping
        Deputy Clerk
        Telephone: 215-597-0048
        *Fax: 215-580-2392*