# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## JAMES KNOLL GARDNER, DISTRICT JUDGE

### APPLICATION FOR CONTINUANCE

**INSTRUCTIONS:**
1. Please type or print legibly.
2. Counsel of record and unrepresented parties must sign.
3. Applying counsel or unrepresented party shall (a) complete Sections I, II and III; (b) obtain a new date certain from Judge Gardner's chambers; (c) obtain agreement of all counsel and unrepresented parties to the new date; and (d) insert new agreed date and time on the "DATE/TIME" line in Section V.
4. Other counsel of record and unrepresented parties shall complete Section IV, indicating whether "UNOPPOSED" or "OPPOSED", and specifying the reasons for any opposition.
5. This form may be submitted in multiple parts.

**I. APPLICATION IS MADE TO CONTINUE THE FOLLOWING CASE(S):**

Air Products LLC
vs
Ciech, S.A.

CASE NO: 5:12-cv-06953-JKG
COMPANION CASE NO(S):

CASE SCHEDULED ON DATE December 4, 2013  TIME 10:00 AM

BEFORE JUDGE JAMES KNOLL GARDNER

TYPE OF PROCEEDING (CHECK BELOW)

- ☒ ARGUMENT
- ☐ HEARING
- ☐ JURY TRIAL
- ☐ NON-JURY TRIAL
- ☐ PLEA HEARING
- ☐ RULE 16 OFFICE STATUS CONFERENCE
- ☐ RULE 16 OFFICE PRE-TRIAL CONFERENCE
- ☐ RULE 16 TELEPHONE STATUS CONFERENCE
- ☐ RULE 16 TELEPHONE PRE-TRIAL CONFERENCE
- ☐ SENTENCING
- ☐ SETTLEMENT CONFERENCE
- ☐ OTHER _____

**II.** NUMBER OF PREVIOUS CONTINUANCES __0__ BY PLAINTIFF __0__ BY DEFENDANT __0__
BY THIRD PARTY PLAINTIFF _____ BY THIRD PARTY DEFENDANT _____

**III.** APPLICATION IS MADE FOR THE FOLLOWING REASON(S): The parties have reached an agreement in principle to settle the dispute, and are currently working towards reaching a final settlement agreement.

Jonathan E. Paikin  /s/  November 19, 2013  Ciech, S.A.
APPLYING PARTY: PLEASE PRINT AND SIGN   DATE   REPRESENTING
Telephone: 202-663-6703

**IV.** APPLICATION IS (UNOPPOSED)/OPPOSED FOR THE FOLLOWING REASON(S): Application is unopposed for the reason stated in Section III above.

Michael Lacovara  /s/   November 19, 2013  Air Products LLC
OPPOSING PARTY: PLEASE PRINT AND SIGN   DATE   REPRESENTING
Telephone: 212-230-4630

OPPOSING PARTY: PLEASE PRINT AND SIGN   DATE   REPRESENTING
Telephone: _____

**V.** ACTION TAKEN BY THE COURT:  NOW, November 20, 2013

☒ APPLICATION IS GRANTED AND THE CASE IS CONTINUED   ☐ APPLICATION DENIED
☐ NO FURTHER CONTINUANCES

☒ TO December 27, 2013, at 9:30 A.M., in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, PA
DATE/TIME

_/s/ James Knoll Gardner_
JUDGE