```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

AIR PRODUCTS LLC,            )
                             )  Civil Action
         Plaintiff           )  No. 12-cv-06953
                             )
    vs.                      )
                             )
CIECH, S.A.,                 )
                             )
         Defendant           )

## O R D E R

NOW, this 23rd day of December, 2013, upon consideration of the following documents:

1. Defendant Ciech, S.A.'s Motion to Dismiss the Second Amended Complaint, which motion was filed April 22, 2013 (Document 33);

2. Plaintiff Air Products LLC's Unopposed Motion to File Documents Under Seal, which motion was filed May 24, 2013 (Document 43); and

3. Defendant's Motion for Leave to File Sealed Reply Memorandum, which motion was filed June 7, 2013 (Document 51);

it appearing by Notice of Voluntary Dismissal filed by plaintiff on December 19, 2013 (Document 66) that the parties have settled this action and the case has been dismissed with prejudice,

IT IS ORDERED that each motion is dismissed as moot.

                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER
                              James Knoll Gardner
                              United States District Judge